UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONNA BOBROWICZ | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 19-cv-02543 |
| VISKASE COMPANIES, INC., | ) ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF DONNA BOBROWICZ STIPULATION
OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Donna Bobrowicz hereby agrees and stipulates to the dismissal of her claims against Viskase Companies, Inc., in this action with prejudice, with each side to bear its own costs and fees.

Respectfully submitted this 10th day of September, 2019.

| DONNA BOBROWICZ, Plaintiff | VISKASE COMPANIES, INC., Defendant |
|---|---|
| By: /s/ Abigail R. Durkin | By: /s/ Daniel A. Kaufman |
| John P. Madden<br>Abigail R. Durkin<br>O'Malley & Madden, P.C.<br>542 S. Dearborn Street, Suite 660<br>Chicago, Illinois 60605<br>Ph: 312.697.1382<br>jmadden@ompc-law.com<br>adurkin@ompc-law.com | Daniel A. Kaufman<br>Alexius O'Malley<br>Michael Best & Friedrich LLP<br>444 W. Lake Street, Suite 3200<br>Chicago, Illinois 60606<br>Ph. 312.222.2080<br>dakaufman@michaelbest.com<br>acomalley@michaelbest.com |
| | Herbert Beigel<br>Herbert Beigel & Associates, LLC<br>10371 N. Oracle Road<br>Tucson, Arizona 85737<br>Ph. 520.797.9188<br>Hbeigel@msn.com |